AKAWIE & LAPIETRA
GREGORY NERLAND (State Bar No. 142606)
gnerland@gmail.com
1981 N Broadway, Ste. 320
Walnut Creek, CA 94596
Telephone:  925-979-5661
Facsimile:  925-947-4348

ROGERS JOSEPH O'DONNELL
DENNIS C. HUIE (State Bar No. 184377)
dhuie@rjo.com
KATHERINE L. POHL (State Bar No. 288288)
kpohl@rjo.com
311 California Street
San Francisco, California 94104
Telephone:  415-956-2828
Facsimile:  415-956-6457

Attorneys for Defendant
CASUAL RESTAURANT CONCEPTS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>KHATRI BROTHERS, L.P., a California Limited Partnership; KHATRI, INC., a California corporation; CASUAL RESTAURANT CONCEPTS, INC., a California corporation; and Does 1-10,<br><br>          Defendants. | Case No. 2:14-01112-MCE-AC<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR RULE 26 CONFERENCE AND SUBMISSION OF A JOINT STATUS REPORT** |

        In order to permit all parties the opportunity to review and comment on the proposed joint status report, the parties have agreed and hereby stipulate to extend to July 21, 2014 the parties' Rule 26(f) conference and the preparation and submission to the court of a joint status report.

        It is so stipulated.

//

CASE NO: 2:14-01112-MCE-AC  - STIPULATION EXTENDING THE TIME FOR RULE 26 CONFERENCE AND SUBMISSION OF A JOINT STATUS REPORT

350291.1

1    Dated:  July 8, 2014                    CENTER FOR DISABILITY ACCESS

2
                                            By: _____/s/ Phyl Grace_____
3                                                PHYL GRACE
                                                 Attorneys for Plaintiff
4                                                SCOTT JOHNSON

5

6    Dated:  July 8, 2014                    PORTER SCOTT

7
                                            By: _____/s/ Colleen Howard_____
8                                                COLLEEN HOWARD
                                                 Attorneys for Defendants KHATRI, INC.
9                                                and KHATRI BROTHERS, L.P.

10

11
     Dated:  July 8, 2014                    ROGERS JOSEPH O'DONNELL, P.C.
12

13
                                            By: _____/s/ Dennis C. Huie_____
14                                               DENNIS C. HUIE
                                                 Attorneys for Defendant CASUAL
15                                               RESTAURANT CONCEPTS, INC.

16   Dated:  July 8, 2014                    AKAWIE & LaPIETRA

17

18                                          By: _____/s/ Gregory Nerland_____
                                                 GREGORY NERLAND
19                                               Attorneys for Defendant CASUAL
                                                 RESTAURANT CONCEPTS, INC.
20

21               IT IS SO ORDERED.

22   Dated:  July 31, 2014

23

24                                          _____
                                            MORRISON C. ENGLAND, JR., CHIEF JUDGE
25                                          UNITED STATES DISTRICT COURT

26

27

28
                                                                            Page 2
     CASE NO: 2:14-01112-MCE-AC  - STIPULATION EXTENDING THE TIME FOR RULE 26 CONFERENCE
     AND SUBMISSION OF A JOINT STATUS REPORT

                                                                            350291.1