UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>          Plaintiff,<br><br>     v.<br><br>Khatri Brothers, L.P., a California Limited Partnership;<br>Khatri, Inc., a California Corporation;<br>Casual Restaurant Concepts, Inc., a California Corporation; and Does 1-10,<br><br>          Defendants | Case: 2:14-CV-01112-MCE-AC<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the parties' joint Stipulation (ECF No. 16) and good cause appearing therefore, pursuant to Federal Rule of Civil Procedure 41(a) this action is hereby ordered DISMISSED with prejudice, each party to bear their own attorneys' fees and costs. As requested by the parties, the Court retains jurisdiction over this matter, but only to the extent permitted in this Circuit. See Keeling v. Sheet Metal Workers Int'l Ass'n, Local Union 162, 937 F.2d 408, 410 (9th Cir. 1991); compare Delay v. Gordon, 475 F.3d 1039, 1044-45, n. 11 (9th Cir. 2007) with In re Hunter, 66 F.3d 1002, 1006 (9th Cir. 1995). The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: November 5, 2014

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT